**Fill in this information to identify the case:**

Debtor name      **Rivard Companies, Inc**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)   **18-43603**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 10, 2018**       X /s/ Michael Rivard
                                            Signature of individual signing on behalf of debtor

                                            **Michael Rivard**
                                            Printed name

                                            **Chief Executive Officer**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **Rivard Companies, Inc** |
| United States Bankruptcy Court for the: | **DISTRICT OF MINNESOTA** |
| Case number (if known): | **18-43603** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Accu Fastener 830 Highway 23 East Cold Spring, MN 56320** | | | | | | **$79,992.05** |
| **All Integrated Solutions SDS12-1957 PO Box 86 Minneapolis, MN 55486** | | | | | | **$104,484.41** |
| **Canarm 2157 Perkendale Avenue PO Box 367 Brockville ON K6V 5V6** | | | | | | **$99,740.40** |
| **Fleetwoods 16430 highway 65 NE Ham Lake, MN 55304** | | | | | | **$35,113.34** |
| **Fleetwoods - FS 16430 highway 65 NE Ham Lake, MN 55304** | | | | | | **$162,140.29** |
| **Forest Specialities, Inc. PO Box 527 Humboldt, IA 50548** | | | | | | **$34,504.88** |
| **Fox Capital Group 17640 Bentley Drive Morgan Hill, CA 95037** | | | **Unliquidated Disputed** | | | **$35,039.95** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Rivard Companies, Inc** | | Case number *(if known)* | **18-43603** | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Leroy Lind-Linds Electronics** 14850 Deveau Place Minnetonka, MN 55345 | | | | | | $597,996.97 |
| **LG Funding, LLC** Attn:  Rivi Andruiser 1218 Union Street, Suite 2 Brooklyn, NY 11225 | | | **Unliquidated Disputed** | | | $154,307.40 |
| **Northern Land, LLC** Steve Sadowski PO Box 637 Hugo, MN 55038 | | | | | | $75,000.00 |
| **Precision Cedar Products Corp** #601-17665 66A Ave Surrey BC V3S 2A7 | | | | | | $74,652.77 |
| **Precision Landscape & Tree Inc** 50 S Owasso Blvd East Little Canada, MN 55117 | | | | | | $104,400.00 |
| **Queen Funding, LLC** 101 Chase Avenue, Suite 208 Lakewood, NJ 08701 | | | **Unliquidated Disputed** | | | $35,268.34 |
| **S&A Land Clearing** PO Box 637 Hugo, MN 55038 | | | | | | $53,200.00 |
| **Samson Horus** 90 John Street New York, NY 10038 | | | **Unliquidated Disputed** | | | $61,625.00 |
| **SBA** c/o Twn cities-Metro CDC 3495 Vadnais Center Drive Vadnais Heights, MN 55110 | | | | | | $553,097.03 |
| **Shamrock Development, Inc.** 3200 Maint Street NW Suite 300 Coon Rapids, MN 55448 | | 1 - Baler (1/4 Yard, 9FT Stroke) - $5,000 1 - Baler (1/6 Yard, 5FT Stroke) - $5,000 1 - Baler (1/6 Yard, 6FT Stroke) - $5,000 | | $402,060.18 | $15,000.00 | $387,060.18 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Rivard Companies, Inc**

Name

Case number *(if known)*    **18-43603**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Village Bank 18770 Hwy 65 NE East Bethel, MN 55011** | | **All of Debtor's Assets** | | $1,404,076.73 | $0.00 | $1,404,076.73 |
| **Village Bank 18772 Hwy 65 NE East Bethel, MN 55011** | | | | | | $550,105.29 |
| **Village Bank 18773 Hwy 65 NE East Bethel, MN 55011** | | | | | | $298,256.35 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 3

**Fill in this information to identify the case:**

Debtor name **Rivard Companies, Inc**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) **18-43603**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*............................................................................................   $ 0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.......................................................................................   $ 2,608,468.30

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.........................................................................................   $ 2,608,468.30

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ 2,493,726.10

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $ 57,237.32

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ 3,479,822.40

4.   **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b          $ 6,030,785.82

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Rivard Companies, Inc**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) **18-43603**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Village Bank**<br>**18770 Highway 65 NE**<br>**East Bethel MN 55011**<br>**Balance as of 11-16-18**<br>**Negative Balance (43,000.00)** | **Business Checking Account** | **1182** | $0.00 |
| 3.2. | **Falcon National Bank**<br>**1441 Bunker Lake Blvd NE**<br>**Ham Lake MN 55304**<br>**Balance as of 11-16-18** | **Business Checking Account** | **3945** | $7,207.16 |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | **Petty Cash**<br>**As of 11-16-18** | | $200.00 |

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$7,407.16

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**

| Debtor | **Rivard Companies, Inc** | | Case number *(If known)* **18-43603** |
|---|---|---|---|
| | Name | | |

Description, including name of holder of deposit

| 7.1. | **Undeposited Funds** | **$0.00** |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Employee cash advances/loans** | **$0.00** |
|---|---|---|

| 8.2. | **Prepaid Interest** | **$0.00** |
|---|---|---|

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$0.00**

---

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **208,121.01** | - | **0.00** | = .... | **$208,121.01** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$208,121.01**

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** **Gronomics - Raw Material** **Raw Cedar Inventory** | **11-5-2018** | **$0.00** | **N/A** | **$54,430.59** |

20.  **Work in progress**

| Debtor | **Rivard Companies, Inc** | | Case number *(If known)* **18-43603** |
|---|---|---|---|
| | Name | | |

| 21. | **Finished goods, including goods held for resale**<br>**Gronomics - Finished Products**<br>**Finished Goods and Finished Parts** | **11-5-2018** | **$0.00** | **N/A** | **$97,218.09** |
|---|---|---|---|---|---|
| | **Gronomics - Finished Products**<br>**Finished Goods Boxed and Finished Parts** | **11-5-2018** | **$0.00** | **N/A** | **$79,857.84** |
| 22. | **Other inventory or supplies**<br>**Gronomics Woodshop Product Inventory** | **11-5-2018** | **$0.00** | **N/A** | **$47,634.60** |
| | **Gronomics Box Inventory**<br>**Box Inventory** | **11-5-2018** | **$0.00** | **N/A** | **$146,187.15** |

| 23. | **Total of Part 5.** | **$425,328.27** |
|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 39. | **Office furniture**<br>**Miscellaneous Office Furniture & Fixtures** | **$0.00** | **N/A** | **$1,000.00** |

| Debtor | **Rivard Companies, Inc** | Case number *(If known)* **18-43603** |
|---|---|---|
| | Name | |

**40.**    **Office fixtures**

**41.**    **Office equipment, including all computer equipment and communication systems equipment and software**

| **Computers & Electronics** | **$0.00** | N/A | **$5,000.00** |
|---|---|---|---|

**42.**    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**    **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| | **$6,000.00** |
|---|---|

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **1 - 2008 ISUZU, NRR, Dump Truck, VIN: JALE5W16587300969**<br>**1 - 1997 Kenworth, T800B Dump Truck, VIN: 1NKDX95X9VJ753016** | **Unknown** | N/A | **Unknown** |
| 47.2.   **1 - 2008 Felling Trailer Serial No.: 5FTDE263981030982** | **Unknown** | N/A | **Unknown** |
| 47.3.   **1 - 2003 Kenworth Construction T800 Serial No.: 1XKDDR9X03J387095** | **Unknown** | N/A | **Unknown** |
| 47.4.   **1 - 2003 Kenworth Construction T800, Serial No.: 1XKDDR9X43J387097** | **Unknown** | N/A | **Unknown** |
| 47.5.   **1 - 1997 Kenworth Construction T800, Serial No.: 1NKDXTTX7VR741495** | **Unknown** | N/A | **Unknown** |
| 47.6.   **1 - 1998 Kenworth Construction T800, Serial No.: 1NKDX9TX8WR76970** | **Unknown** | N/A | **Unknown** |
| 47.7.   **1 - 2005 Titan Trailer, Serial No.: 2K9WF1Z255H035355** | **Unknown** | N/A | **Unknown** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Debtor | **Rivard Companies, Inc** | | Case number *(If known)* **18-43603** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.8. | **1 - 1997 Ford F350, Serial No.: 1FDJX35G7VEC48811** | Unknown | N/A | Unknown |
| 47.9. | **1 - 2001 United Trailer, Serial NO.: 48B500L221054325** | Unknown | N/A | Unknown |
| 47.10. | **1 - 1975 Clark Trailer #59, Serial No.: 742468** | Unknown | N/A | Unknown |
| 47.11. | **1 - 2007 GMC Savana Cutaway G350, Serial No.:  1 GDHG31U171902660** | Unknown | N/A | Unknown |
| 47.12. | **1 - 2004 International 4000 4300, Serial No.:  1HTMNAAM54H680157** | Unknown | N/A | Unknown |
| 47.13. | **1 - 2009 Peterbilt Unit #109, Serial NO.: 2NPHM6X29M777637** | Unknown | N/A | Unknown |
| 47.14. | **1 - 2009 Peterbilt 330, Serial No.: 2NPNHM6X09M777636** | Unknown | N/A | Unknown |
| 47.15. | **1 - 2009 Ford F150 Super Crew, Serial No.:  1FTPW14V89FA89965** | Unknown | N/A | Unknown |
| 47.16. | **1 - 2015 Griffin Trailer, Serial No.: 56WBH1029FE004996** | Unknown | N/A | Unknown |
| 47.17. | **1 - 1997 International 4000 4700, Serial No.:  1HTSCAAM8VH480307** | Unknown | N/A | Unknown |

| | | | | |
|---|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **1 - CAT 926 M Wheel Loader S/N: LTE00304 Added: Fusion Quick Coupler, GP Bucket, LM Bucket** | Unknown | N/A | $206,587.00 |
| | **1 - Robotec 80 Elite** | Unknown | N/A | $10,000.00 |
| | **1 - CAT 906H** | Unknown | N/A | $65,000.00 |
| | **1 - Baler (1/4 Yard, 9FT Stroke) - $5,000 1 - Baler (1/6 Yard, 5FT Stroke) - $5,000 1 - Baler (1/6 Yard, 6FT Stroke) - $5,000** | Unknown | N/A | $15,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Rivard Companies, Inc** | Case number *(If known)* **18-43603** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **1 - Baler (1/6 Yard, 5FT Stroke)** | Unknown | N/A | **$5,000.00** |
| **1 - Baler (1/6 Yard, 6 Ft Stroke)** | Unknown | N/A | **$5,000.00** |
| **1 - Morbark 4600XL** | Unknown | | **$299,000.00** |
| **Gronomics Vehciles, Trailers & Equipment - List A** **SEE ATTACHED EXHIBIT A** | Unknown | N/A | **$343,200.00** |
| **Gronomics Vehicles, Trailers & Equipment - List B** **SEE ATTACHED EXHIBIT B** | Unknown | N/A | **$36,102.00** |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | **$984,889.00** |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ☐ No
    - ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    - ☐ No.  Go to Part 10.
    - ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **The Debtor leases its property (office building) located at: 19801 Highway 65 NE East Bethel MN 55011 Anoka County** | Lease | $0.00 | | Unknown |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    | **$0.00** |
    |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

Official Form 206A/B     Schedule A/B Assets - Real and Personal Property     page 6

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Rivard Companies, Inc** | Case number *(If known)* | **18-43603** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** **The Owner of the Debtor, Mike Rivard, holds Patents on certain AHoles and Gronomics products which in turn are used by the Debtor.** | **Unknown** | **N/A** | **Unknown** |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    | **$0.00** |
    |---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
    Description (include name of obligor)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Rivard Companies, Inc**
         <sub>Name</sub>                                                    Case number *(If known)*  **18-43603**

| | | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)** | |
| | Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Due from Shareholders and Subject to Offsets** | **$976,722.86** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$976,722.86** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Rivard Companies, Inc** | Case number *(If known)* **18-43603** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,407.16 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $208,121.01 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $425,328.27 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $984,889.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $976,722.86 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,608,468.30 | + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,608,468.30 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Year | Brand/Make | Model | Serial# | Purchase Price | Est. Value | Machine | Notes: |
|------|------------|-------|---------|---------------|-----------|---------|--------|
| 2015 | Toyota (woodshop) | 7FBEU20 | 10755 | | $ 15,000.00 | Electric Forklift | |
| | Sicotte | Airbor 700 | 1237 | | $ 10,000.00 | Multi Head Drill | |
| 2015 | Oliver | FS-60 | 13320 | | $ 6,000.00 | Dowel | |
| 2016 | Cantek | CANJDT65 | 1602289 | | $ 5,000.00 | Dovetail Machine | |
| | M & K, Mfg. | | | | $ 1,500.00 | Newmatic Glue Rack | |
| | M & K, Mfg. | | | | $ 1,500.00 | Newmatic Glue Rack | |
| 2015 | Powermatic | PWBS-14 | 140219886 | | $ 1,000.00 | Band Saw | |
| | Delta | UNISAW | | | $ 1,500.00 | Table Saw | |
| | Jessem | | 201312-0829 | | $ 1,000.00 | Router Table | |
| | Powermatic | 27 | 1030270146 | | $ 1,500.00 | Schafer | |
| 2015 | Powermatic | PM2800B | 15122970 | | $ 1,400.00 | Drill Press | |
| | Air-Vac System | M30 | 3975 | | $ 1,200.00 | Air Filtration System | |
| | JLT | 128B | | | $ 1,000.00 | Plate Spreader | |
| | JLT | 138B | | | $ 1,000.00 | Plate Spreader | |
| | Bosch | | | | $ 600.00 | Miter Saw | |
| | Bosch | | | | $ 600.00 | Miter Saw | |
| | Bosch | | | | $ 600.00 | Miter Saw | |
| | Bosch | | | | $ 600.00 | Miter Saw | |
| | Peterbuilt | Box Truck | | $ 25,000.00 | $ 15,000.00 | Truck | |
| | Challoner | | | $ 75,000.00 | $ 75,000.00 | Tennoner | |
| | Betterly | MT-1 | | $ 15,000.00 | $ 10,000.00 | Dovetailer | Mike & Tom Designed |
| | M & K, Mfg. | DT 4 sided | Dovetail | $ 40,000.00 | $ 35,000.00 | Dovetailer | |
| 2016 | San Stop | | | $ 5,500.00 | $ 4,500.00 | Table Saw | |
| | Delta | Uni-saw | | $ 1,500.00 | $ 1,200.00 | Table Saw | Spare |
| 2012 | Post Dovetailers | | | | $ 16,000.00 | Post Dovetailers | Set of 4 - M & K |
| | Router Tables | | | | $ 4,000.00 | Router Tables | Set of 4 - M & K |
| 2016 | | | | $ 12,000.00 | $ 8,000.00 | Spray Booth | |
| | | | | $ 3,000.00 | $ 2,500.00 | Compressor & Dryer | |
| | Misc Raching | | | | $ 30,000.00 | Pallett Racking | |
| | Powermatic | upcut | | | $ 10,000.00 | Upcut saw wth tables | |
| | Powermatic | Upcut | | | $ 10,000.00 | Upcut saw with tables | |
| | Merchant MFG | | | | $ 12,000.00 | Spray Booth | |
| | Robo PAK | 708 | Robo PAK | | $ 12,000.00 | Shrink Wrapper | |
| | Tape Dispencer Better Pack 555 | | | 5@ $1000.00 | $ 5,000.00 | | |
| | | | | | $ 1,000.00 | Pallet Jacks | 5 @ $200/Each |
| | | | | | $ 3,000.00 | Custm Blt Brandery Logo Burners | 3 @ $1000/Each |
| | Gang Rip Saw | | | | $ 15,000.00 | | Comes with 5 heads |
| | Dust Collector | | | | $ 3,000.00 | | For Gang Rip Saw |
| | * Misc. specialty tools, specialty fixtures, jogs, custom drills. Vinyl machining jigs | | | | $ 20,000.00 | | |
| | & fixtures, miscellaneous hand tools | | | | **TOTAL** $ | 343,200.00 | |

**EXHIBIT B TO SCHEDULE**

**Gronomcis Inventory - Vehicles, Trailers & Equipment  - LIST B**

**A/B**

| Year | Brand/Make | Model | Serial # | Purchase Price | Est. Value | Machine | Notes: |
|------|-----------|-------|----------|---------------|-----------|---------|--------|
| 2015 | Dust Collector | 150HP-3PH | | | $ 15,000.00 | Dust Collector | Stays with woodshop |
| 2008 | Safety Speed Cut | WB53760 | 1523 | $ 10,000.00 | $ 10,000.00 | Belt Sander | W/ belt sander $4000 in belts |
| 2015 | Amco | | | | $  2,001.00 | Humidifier | |
| | Gold Jet | | | | $  2,000.00 | Table Saw | |
| | Ritter | | | | $  2,000.00 | Edge Sander | |
| 2014 | Jessem | | | | $  1,000.00 | Router Table | |
| | Jessem | | | | $  1,001.00 | Router Table | |
| 2105 | Powermatic | PF-41 | 15080040137 | | $  1,000.00 | Power Feeder | |
| | Bosch | | | | $   600.00 | Miter Saw | |
| | | | | | $  1,500.00 | Chop Saw Tables | 2 @ $750/Each |

**TOTAL** $ 36,102.00

**Fill in this information to identify the case:**

Debtor name     **Rivard Companies, Inc**

United States Bankruptcy Court for the:     DISTRICT OF MINNESOTA

Case number (if known)     **18-43603**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Caterpillar Financial Svc Corp**<br>Creditor's Name<br><br>**2120 West End Avenue**<br>**PO Box 340001**<br>**Nashville, TN 37203-0001**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**1 - CAT 926 M Wheel Loader S/N: LTE00304 Added: Fusion Quick Coupler, GP Bucket, LM Bucket** | $146,246.26 | $206,587.00 |
| | | **Describe the lien** | | |
| | Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**8000** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.2 | **Caterpillar Financial Svc Corp**<br>Creditor's Name<br><br>**2120 West End Avenue**<br>**PO Box 340001**<br>**Nashville, TN 37203-0001**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**1 - CAT 279D Multi Terrain Load S/N: HP700235** | $200,809.25 | Unknown |
| | | **Describe the lien** | | |
| | Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**6000** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Rivard Companies, Inc**                                          Case number (if know)    **18-43603**
Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its    ☐ Disputed
relative priority.

---

| 2.3 | **Itria Ventures, LLC/High Crest** | **Describe debtor's property that is subject to a lien** | **$91,900.00** | **$252,000.00** |
|---|---|---|---|---|

Creditor's Name

**462 7th Avenue, 20th Floor
New York, NY 10018**

Creditor's mailing address

**All of Debtor's Assets**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
2017**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **Lake Area Bank** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1400 East Highway 96
White Bear Lake, MN 55110**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **RP Financial, LLC** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**5810 W 78th Street
Suite 175
Bloomington, MN 55439**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 5

| Debtor | **Rivard Companies, Inc** | Case number (if know) | **18-43603** |
|---|---|---|---|
| | Name | | |

---

Is anyone else liable on this claim?

☐ Yes

Date debt was incurred

☐ No

Last 4 digits of account number

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Shamrock Development, Inc.** | Describe debtor's property that is subject to a lien | $402,060.18 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**3200 Maint Street NW Suite 300 Coon Rapids, MN 55448**

**1 - Baler (1/4 Yard, 9FT Stroke) - $5,000**
**1 - Baler (1/6 Yard, 5FT Stroke) - $5,000**
**1 - Baler (1/6 Yard, 6FT Stroke) - $5,000**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Village Bank** | Describe debtor's property that is subject to a lien | $248,633.68 | Unknown |
|---|---|---|---|---|

Creditor's Name

**9298 Central Avenue NE Blaine, MN 55434**

**1 - Hydra Stumper 1275 - S/N 1275 HYD 13400, Stump Head T275 But, Not Limited to ALL OF DEBTOR'S ASSETS.**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

☐ No

Last 4 digits of account number
**0673**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 | **Village Bank** | Describe debtor's property that is subject to a lien | $1,404,076.73 | $0.00 |
|---|---|---|---|---|

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 3 of 5

| Debtor | **Rivard Companies, Inc** | Case number (if know) | **18-43603** |
|---|---|---|---|
| | Name | | |

| Creditor's Name | **All of Debtor's Assets** |
|---|---|

**18770 Hwy 65 NE**
**East Bethel, MN 55011**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0674**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

| | |
|---|---|
| | **$2,493,726.10** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Caterpillar Financial**<br>**PO Box 730669**<br>**Dallas, TX 75373-0669** | Line **2.1** | |
| **Caterpillar Financial**<br>**PO Box 730669**<br>**Dallas, TX 75373-0669** | Line **2.2** | |
| **Kevin Kobbe**<br>**DLA Piper LLP**<br>**6225 Smith Avenue**<br>**Baltimore, MD 21209-3600** | Line **2.3** | |
| **Monica Clark**<br>**Dorsey & Whitney LLP**<br>**50 S 6th Street, #1500**<br>**Minneapolis, MN 55402-1498** | Line **2.1** | |
| **Natasha Wells, Esq.**<br>**Dorsey & Whitney LLP**<br>**50 S 6th St #1500**<br>**Minneapolis, MN 55402-1498** | Line **2.1** | |
| **Thomas J. Flynn**<br>**Larkin Hoffman**<br>**8300 Norman Center Dr #1000**<br>**Minneapolis, MN 55437-1060** | Line **2.7** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Rivard Companies, Inc**
_____
Name

Case number (if know)    **18-43603**

**Thomas J. Flynn**
**Larkin Hoffman**
**8300 Norman Center Dr #1000**
**Minneapolis, MN 55437-1060**

Line   **2.8**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Rivard Companies, Inc**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    **18-43603**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|  | **Internal Revenue Service**<br>**Centralized Insolvency Office**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred<br>**November 2018** | Basis for the claim:<br>**Withholding Taxes** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$25,435.12** | **$25,435.12** |
|  | **Minnesota Revenue**<br>**Collection Div. BKY Division**<br>**PO Box 64447**<br>**Saint Paul, MN 55164-0447** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Payroll Liabilities** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    30667                    Best Case Bankruptcy

| Debtor | **Rivard Companies, Inc** | Case number (if known) | **18-43603** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,802.20 | $31,802.20 |
|---|---|---|---|---|

**Minnesota Revenue**
**Collection Div. BKY Division**
**PO Box 64447**
**Saint Paul, MN 55164-0447**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales & Use Taxes Payable**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

**Part 2:　List All Creditors with NONPRIORITY Unsecured Claims**

3.　List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79,992.05 |
|---|---|---|---|

**Accu Fastener**
**830 Highway 23 East**
**Cold Spring, MN 56320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?　☑ No　☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104,484.41 |
|---|---|---|---|

**All Integrated Solutions**
**SDS12-1957**
**PO Box 86**
**Minneapolis, MN 55486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?　☑ No　☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,700.00 |
|---|---|---|---|

**Alpha Omega**
**1099 Touhy Avenue**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?　☑ No　☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,575.00 |
|---|---|---|---|

**Back Street Media**
**1324 Atlantic Avenue**
**Benson, MN 56215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?　☑ No　☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,859.00 |
|---|---|---|---|

**Barry & Sewall, Inc.**
**PO Box 50**
**Minneapolis, MN 55440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?　☑ No　☐ Yes

---

| Debtor | **Rivard Companies, Inc** | Case number (if known) | **18-43603** |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,095.00** |
|---|---|---|---|

**BASF Corporation**
Attn: Lockbox 29492
29492 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,985.43** |
|---|---|---|---|

**Bassing Electric**
13720 Lincoln Street NE
Suite C
Ham Lake, MN 55304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,297.23** |
|---|---|---|---|

**Bettrley Ind**
PO Box 490518
Blaine, MN 55449

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,190.35** |
|---|---|---|---|

**Blue Rock Refinishing Solution**
2974 Cleveland Ave N
Saint Paul, MN 55113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,200.00** |
|---|---|---|---|

**Box Lake Lumber Products LTD V**
1325 Wilson Lake Rd
Nakusp BC V0G 1R1    00110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.11** |
|---|---|---|---|

**C-Aire, Inc.**
380 West 1st Street
Dresser, WI 54009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99,740.40** |
|---|---|---|---|

**Canarm**
2157 Perkendale Avenue
PO Box 367
Brockville ON K6V 5V6

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Rivard Companies, Inc** | Case number (if known) | **18-43603** |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,100.00** |
|---|---|---|---|

**Castle Rock Cont.**
**PO Box 514**
**Castle Rock, MN 55010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$343.66** |
|---|---|---|---|

**Caterpillar Financial Svc Corp**
**2120 West End Avenue**
**PO Box 340001**
**Nashville, TN 37203-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1405**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,083.31** |
|---|---|---|---|

**Central Truck Services Inc.**
**23142 highway 65 NE**
**East Bethel, MN 55005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,540.00** |
|---|---|---|---|

**Cherokee Manufacturing**
**150 Bridgepoint Drive, #200**
**South Saint Paul, MN 55075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$368.46** |
|---|---|---|---|

**CINTAS CORPORATION #470**
**PO BOX 88005**
**Chicago, IL 60680-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,648.00** |
|---|---|---|---|

**Corp. Tech**
**PO Box 9022**
**Fargo, ND 58106-9022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,370.00** |
|---|---|---|---|

**Cumulus Media**
**3582 Momentum Place**
**Chicago, IL 60689-5335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rivard Companies, Inc** | Case number (if known) | **18-43603** |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,608.23**

**Custom Finishing Industries**
308 3rd Ave SW
Forest Lake, MN 55025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,173.06**

**Dahlke Trailer Sales, Inc.**
8170 Hickory St NE
Fridley, MN 55432

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,743.09**

**Dem-Con Dumpster**
13020 Dem-Con Drive
Shakopee, MN 55379

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,135.82**

**Doboszenski & Sons**
9520 County Road 9
Loretto, MN 55357

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,199.99**

**Dollar & Sense**
PO Box 390673
Edina, MN 55439-0673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,603.91**

**Dripworks, Inc.**
190 Sanhedrin Circle
Willits, CA 95490

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,547.00**

**Driver & Vehicle Services**
445 Minnesota Street
Suite 165
Saint Paul, MN 55101-5165

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rivard Companies, Inc** | Case number (if known) | **18-43603** |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address

**Dun & Bradstreet**
**22761 Pacific Coast Highway**
**Malibu, CA 90265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,198.00**

---

**3.28** | Nonpriority creditor's name and mailing address

**Falcon Prince**
**1701 Roundup Blvd**
**Belgrade, MT 59714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$630.00**

---

**3.29** | Nonpriority creditor's name and mailing address

**FedEx Corporate Services Inc.**
**3965 Airways Blvd.**
**Module G, 3rd Floor**
**Memphis, TN 38116-5017**

Date(s) debt was incurred _

Last 4 digits of account number  **5579**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,047.64**

---

**3.30** | Nonpriority creditor's name and mailing address

**Fleetwoods**
**16430 highway 65 NE**
**Ham Lake, MN 55304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$35,113.34**

---

**3.31** | Nonpriority creditor's name and mailing address

**Fleetwoods - FS**
**16430 highway 65 NE**
**Ham Lake, MN 55304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$162,140.29**

---

**3.32** | Nonpriority creditor's name and mailing address

**Forest Specialities, Inc.**
**PO Box 527**
**Humboldt, IA 50548**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$34,504.88**

---

**3.33** | Nonpriority creditor's name and mailing address

**Fox Capital Group**
**17640 Bentley Drive**
**Morgan Hill, CA 95037**

Date(s) debt was incurred  **10/22/2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$35,039.95**

---

| Debtor | **Rivard Companies, Inc** | Case number (if known) | **18-43603** |
|---|---|---|---|
| | Name | | |

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,390.00**

**Franklin Advertising**
**PO Box 188**
**Clearwater, MN 55320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,190.86**

**General Paper Products**
**6650 143rd Avenue**
**Ramsey, MN 55303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,250.00**

**Greenville Colorants**
**90 Paterson Street**
**New Brunswick, NJ 08901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,827.62**

**Innovations Plus**
**23911 Johnson Street NE**
**East Bethel, MN 55005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,750.00**

**Jackrabbit Wood Products**
**8590 State Road 70**
**Siren, WI 54870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$597,996.97**

**Leroy Lind-Linds Electronics**
**14850 Deveau Place**
**Minnetonka, MN 55345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$154,307.40**

**LG Funding, LLC**
**Attn: Rivi Andruiser**
**1218 Union Street, Suite 2**
**Brooklyn, NY 11225**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **2018**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rivard Companies, Inc** | Case number (if known) | **18-43603** |
|---|---|---|---|

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$478.12** |
|---|---|---|---|

**Lindsay Machinery, Inc.**
**E5389 N Water Drive**
**Manawa, WI 54949**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,335.49** |
|---|---|---|---|

**Litin Paper**
**3003 N Pacific Street**
**Minneapolis, MN 55411**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,056.22** |
|---|---|---|---|

**Mastell Bros**
**14363 Lake Drive NE**
**Forest Lake, MN 55025**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,258.77** |
|---|---|---|---|

**Metal Coatings**
**PO Box 489**
**Isanti, MN 55040**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,067.00** |
|---|---|---|---|

**Metro Plastics**
**572 Market Street**
**Newark, NJ 07105**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,357.28** |
|---|---|---|---|

**Metro Sales, Inc.**
**1620 E 78th Street**
**Minneapolis, MN 55423**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,186.69** |
|---|---|---|---|

**Montu Staffing**
**10417 Excelsior Blvd**
**Suite 1**
**Hopkins, MN 55343**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Rivard Companies, Inc** | Case number (if known) | **18-43603** |
|---|---|---|---|
| | Name | | |

---

**3.48**

**Nonpriority creditor's name and mailing address**
**Morbark**
**PO Box 1000**
**Winn, MI 48896**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$6,703.99**

---

**3.49**

**Nonpriority creditor's name and mailing address**
**Nei-Turner Media**
**400 Broad Street**
**Unit D**
**Lake Geneva, WI 53147**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$1,755.00**

---

**3.50**

**Nonpriority creditor's name and mailing address**
**Northern Coating Supply**
**312 Birch Avenue**
**Park Rapids, MN 56470**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$4,862.59**

---

**3.51**

**Nonpriority creditor's name and mailing address**
**Northern Land, LLC**
**Steve Sadowski**
**PO Box 637**
**Hugo, MN 55038**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$75,000.00**

---

**3.52**

**Nonpriority creditor's name and mailing address**
**Perry & Perry PLLP**
**1660 Highway 100 South**
**Suite 336**
**Minneapolis, MN 55416-3555**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$12,075.11**

---

**3.53**

**Nonpriority creditor's name and mailing address**
**Pomp's Tire Service, Inc.**
**PO Box 1630**
**Green Bay, WI 54305-1630**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$2,129.43**

---

**3.54**

**Nonpriority creditor's name and mailing address**
**Poplar Plastics**
**6959 N 55th Street**
**Oakdale, MN 55128**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$1,296.00**

---

| Debtor | **Rivard Companies, Inc** | Case number (if known) | **18-43603** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74,652.77** |
|---|---|---|---|

**Precision Cedar Products Corp**
**#601-17665 66A Ave**
**Surrey BC V3S 2A7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104,400.00** |
|---|---|---|---|

**Precision Landscape & Tree Inc**
**50 S Owasso Blvd East**
**Little Canada, MN 55117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,496.00** |
|---|---|---|---|

**Prism Pigments**
**1251 Arundel Street**
**Saint Paul, MN 55117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,268.34** |
|---|---|---|---|

**Queen Funding, LLC**
**101 Chase Avenue, Suite 208**
**Lakewood, NJ 08701**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1918**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,598.00** |
|---|---|---|---|

**Real Milk Paint Co**
**126 Commerce Drive**
**Hohenwald, TN 38462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$53,200.00** |
|---|---|---|---|

**S&A Land Clearing**
**PO Box 637**
**Hugo, MN 55038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$887.16** |
|---|---|---|---|

**Safety Speed MFG**
**13943 Lincoln Street NE**
**Ham Lake, MN 55304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Rivard Companies, Inc**
Name

Case number (if known)    **18-43603**

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,625.00 |

**Samson Horus**
**90 John Street**
**New York, NY 10038**

Date(s) debt was incurred _
Last 4 digits of account number  2018

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,983.00 |

**Savannah Pallet**
**PO Box 308**
**McGregor, MN 55760**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $553,097.03 |

**SBA**
**c/o Twn cities-Metro CDC**
**3495 Vadnais Center Drive**
**Vadnais Heights, MN 55110**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $990.00 |

**School District Publishing**
**PO Box 489**
**Riesel, TX 76682**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,197.24 |

**Schwegman Lundberg Woessner**
**1600 TCF Tower**
**121 S 8th Street**
**Minneapolis, MN 55402**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,570.86 |

**Smith Brothers Decorating Ctr**
**17362 Highway 65**
**Ham Lake, MN 55304**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,243.12 |

**SMORACY, LLC**
**DEPT #77982**
**PO Box 77000**
**Detroit, MI 48277-0982**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Rivard Companies, Inc** | Case number (if known) | **18-43603** |
|---|---|---|---|

Name

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,202.87**

**St. Francis Hardware**
**3645 Bridge St NW**
**Saint Francis, MN 55070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,175.00**

**Steve's Heating & Svc Inc.**
**21345 Aberdeen St NE**
**East Bethel, MN 55011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,026.00**

**Sylva Corporation, Inc.**
**900 Airport Road**
**Princeton, MN 55371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00**

**The Teal Jones Group (Cascade)**
**17897 Triggs Road**
**Surrey BC V4n 4M8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,358.00**

**Thoresen Diaby Helle, et al**
**600 Highway 169**
**Suite 1960**
**St. Louis Park, MN 55426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **Rivard**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,339.70**

**Thoresen Diaby Helle, et al**
**600 Highway 169**
**Suite 1960**
**St. Louis Park, MN 55426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **Eco**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,229.54**

**Tri-State Lumber & Land, Inc.**
**35-A West Eau Clarie Street**
**Rice Lake, WI 54868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rivard Companies, Inc** | | Case number *(if known)* | **18-43603** |
|---|---|---|---|---|
| | Name | | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$951.35** |
|---|---|---|---|

**Uline**
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,950.00** |
|---|---|---|---|

**V & H, Inc.**
PO Box 622
Marshfield, WI 54449

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550,105.29** |
|---|---|---|---|

**Village Bank**
18772 Hwy 65 NE
East Bethel, MN 55011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3024**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$298,256.35** |
|---|---|---|---|

**Village Bank**
18773 Hwy 65 NE
East Bethel, MN 55011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0224**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,195.03** |
|---|---|---|---|

**Walker Emulsions, Inc.**
4401 SE Johnson Creek Blvd
Portland, OR 97222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,537.60** |
|---|---|---|---|

**Wheeler Lumber LLC**
PO Box 88484
Milwaukee, WI 53288-0484

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,180.00** |
|---|---|---|---|

**Wyatt-Quarles Seed Company**
PO Box 739
Garner, NC 27529

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Rivard Companies, Inc** | Case number (if known) | **18-43603** |
|---|---|---|---|
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,775.00 |
|---|---|---|---|

**YTS Companies, LLC**
**13355 George Weber Drive**
**Suite N**
**Rogers, MN 55374-4866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Amy Blowers**<br>**Gurstel Law Firm PC**<br>**6681 Country Club Drive**<br>**Golden Valley, MN 55427** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Caterpillar Financial**<br>**PO Box 730669**<br>**Dallas, TX 75373-0669** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Gene W. Rosen, Esq.**<br>**Gene Rosen's Law Firm**<br>**147-10 77th Avenue**<br>**Kew Gardens Hills, NY 11367** | Line **3.40**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **James G. Robin**<br>**Wayzat Law Group, LLC**<br>**6200 Excelsiour Blvd #104**<br>**Minneapolis, MN 55416** | Line **3.30**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **James G. Robin**<br>**Wayzat Law Group, LLC**<br>**6200 Excelsiour Blvd #104**<br>**Minneapolis, MN 55416** | Line **3.31**<br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 57,237.32 |
| 5b. Total claims from Part 2 | 5b. + | $ 3,479,822.40 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 3,537,059.72 |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Rivard Companies, Inc**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   **18-43603**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **The Debtor Leases its Real Estate from MLR Woods, LLC** |
|          State the term remaining |  |
|          List the contract number of any government contract | **MLR Woods, LLC**<br>**19801 Highway 65 NE**<br>**East Bethel, MN 55011** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Rivard Companies, Inc**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    **18-43603**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **Lisa Rivard** | **21560 Cedar Drive Cedar, MN 55011** | **LG Funding, LLC** | ☐ D _____ ■ E/F __3.40__ ☐ G _____ |
| 2.2 | **Lisa Rivard** | **21560 Cedar Drive Cedar, MN 55011** | **Samson Horus** | ☐ D _____ ■ E/F __3.62__ ☐ G _____ |
| 2.3 | **Lisa Rivard** | **21560 Cedar Drive Cedar, MN 55011** | **Fox Capital Group** | ☐ D _____ ■ E/F __3.33__ ☐ G _____ |
| 2.4 | **Lisa Rivard** | **21560 Cedar Drive Cedar, MN 55011** | **Itria Ventures, LLC/High Crest** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Lisa Rivard** | **21560 Cedar Drive Cedar, MN 55011** | **Queen Funding, LLC** | ☐ D _____ ■ E/F __3.58__ ☐ G _____ |

| Debtor | **Rivard Companies, Inc** | | Case number *(if known)* | **18-43603** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 **Lisa Rivard** | 21560 Cedar Drive<br>Cedar, MN 55011 | **Village Bank** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 **Lisa Rivard** | 21560 Cedar Drive<br>Cedar, MN 55011 | **Village Bank** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 **Lisa Rivard** | 21560 Cedar Drive<br>Cedar, MN 55011 | **SBA** | ☐ D _____<br>■ E/F __3.64__<br>☐ G _____ |
| 2.9 **Lisa Rivard** | 21560 Cedar Drive<br>Cedar, MN 55011 | **Village Bank** | ☐ D _____<br>■ E/F __3.78__<br>☐ G _____ |
| 2.10 **Lisa Rivard** | 21560 Cedar Drive<br>Cedar, MN 55011 | **Village Bank** | ☐ D _____<br>■ E/F __3.79__<br>☐ G _____ |
| 2.11 **Lisa Rivard** | 21560 Cedar Drive<br>Cedar, MN 55011 | **RP Financial, LLC** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 **Lisa Rivard** | 21560 Cedar Drive<br>Cedar, MN 55011 | **Caterpillar Financial Svc Corp** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 **Lisa Rivard** | 21560 Cedar Drive<br>Cedar, MN 55011 | **Caterpillar Financial Svc Corp** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Rivard Companies, Inc** | | Case number *(if known)* | **18-43603** |

---

| ■ | **Additional Page to List More Codebtors** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Michael Rivard** | **21560 Cedar Drive**<br>**Cedar, MN 55011** | **Caterpillar Financial Svc Corp** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Michael Rivard** | **21560 Cedar Drive**<br>**Cedar, MN 55011** | **LG Funding, LLC** | ☐ D _____<br>■ E/F __3.40__<br>☐ G _____ |
| 2.16 | **Michael Rivard** | **21560 Cedar Drive**<br>**Cedar, MN 55011** | **Fox Capital Group** | ☐ D _____<br>■ E/F __3.33__<br>☐ G _____ |
| 2.17 | **Michael Rivard** | **21560 Cedar Drive**<br>**Cedar, MN 55011** | **Itria Ventures, LLC/High Crest** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | **Michael Rivard** | **21560 Cedar Drive**<br>**Cedar, MN 55011** | **Queen Funding, LLC** | ☐ D _____<br>■ E/F __3.58__<br>☐ G _____ |
| 2.19 | **Michael Rivard** | **21560 Cedar Drive**<br>**Cedar, MN 55011** | **Village Bank** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | **Michael Rivard** | **21560 Cedar Drive**<br>**Cedar, MN 55011** | **Village Bank** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | **Michael Rivard** | **21560 Cedar Drive**<br>**Cedar, MN 55011** | **SBA** | ☐ D _____<br>■ E/F __3.64__<br>☐ G _____ |

---

| Debtor | **Rivard Companies, Inc** | Case number *(if known)* | **18-43603** |

---

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| 2.22 | **Michael Rivard** | **21560 Cedar Drive**<br>**Cedar, MN 55011** | **Village Bank** | ☐ D _____<br>■ E/F   **3.78**_____<br>☐ G _____ |

---

| 2.23 | **Michael Rivard** | **21560 Cedar Drive**<br>**Cedar, MN 55011** | **Village Bank** | ☐ D _____<br>■ E/F   **3.79**_____<br>☐ G _____ |

---

| 2.24 | **Michael Rivard** | **21560 Cedar Drive**<br>**Cedar, MN 55011** | **RP Financial, LLC** | ■ D   **2.5**_____<br>☐ E/F _____<br>☐ G _____ |

---

| 2.25 | **Michael Rivard** | **21560 Cedar Drive**<br>**Cedar, MN 55011** | **Caterpillar Financial Svc Corp** | ■ D   **2.1**_____<br>☐ E/F _____<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name      **Rivard Companies, Inc**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    **18-43603**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:     Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,271,811.15** |
   | **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$5,645,792.03** |
   | **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$3,508,443.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

| Debtor | **Rivard Companies, Inc** | | Case number *(if known)* | **18-43603** |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Fox Capital Group<br>17640 Bentley Drive<br>Morgan Hill, CA 95037** | **August 2018<br>through<br>November<br>2018** | **$57,909.06** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | **Itria Ventures, LLC/High Crest<br>462 7th Avenue, 20th Floor<br>New York, NY 10018** | **August, 2018<br>to November<br>2018** | **$47,600.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | **LG Funding, LLC<br>Attn:  Rivi Andruiser<br>1218 Union Street, Suite 2<br>Brooklyn, NY 11225** | **August 2018<br>to November<br>2018** | **$47,653.40** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | **Queen Funding, LLC<br>101 Chase Avenue, Suite 208<br>Lakewood, NJ 08701** | **August 2018<br>to November<br>2018** | **$39,823.80** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | **Samson Horus<br>90 John Street<br>New York, NY 10038** | **August 2018<br>to November<br>2018** | **$29,875.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | **The Debtor is Investigating<br>and will supplement the<br>answer to this question** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Lisa Rivard<br>21560 Cedar Drive<br>Cedar, MN 55011<br>Owner of the Debtor** | **January 1,<br>2018 to<br>December 5,<br>2018** | **$81,274.20** | **Salary** |

Debtor    **Rivard Companies, Inc**                                    Case number *(if known)*  **18-43603**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **Michael Rivard** **21560 Cedar Drive** **Cedar, MN 55011** **Owner of Debtor** | **January 1, 2018 to December 5, 2018** | **$77,403.90** | **Salary** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

    ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Samson Horus against Rivard Companies, Inc. dba Central Wood Products & Gronomics** **Unknown** | **Confession of Judgment** | **Supreme Court of the State of NY** **County of West Chester** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Itria Ventuires, LLC against Rivard Companies, Inc dba Gronomics and Rivard Contracting dba Central Wood Products and Lisa Jane Rivard** **Unknown** | **Affidavti of Confession of Judgment** | **Supreme Court of the State of NY** **County of West Chester** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Itria Ventuires, LLC against Rivard Companies, Inc dba Gronomics and Rivard Contracting dba Central Wood Products and Michael Joseph Rivard** **Unknown** | **Affidavit of Confession of Judgment** | **Supreme Court of the State of NY** **County of West Chester** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.4. **Queen Funding, LLC against Rivard Companies, Inc. and Lisa J. Rivard, Michael J. Rivard** **Unknown** | **Affidavit of Confession of Judgment** | **Supreme Court of the State of NY** **County of West Chester** | ☐ Pending ☐ On appeal ☐ Concluded |

Debtor    **Rivard Companies, Inc**    Case number *(if known)*    **18-43603**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Fox Capital Group, Inc. against Rivard Companies, Inc dba Gronomica and Lisa J. Rivard, Michael J. Rivard Unknown** | **Affidavit of Confession of Judgment** | **Supreme Court of the State of NY County of West Chester** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Cumulus Media Inc vs. Rivard COmpanis, Inc.<br>02-CV-18-4952** | **Default Judgment** | **Anoka County Court Administration 2100 3rd Avenue Anoka, MN 55303-2489** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Travis - Army** | **AHoles Bean Bag Toss Game White Finish w/LED Lights<br>AHoles Bean Bag Toss Game Wood Grain backdrop** | **2-8-2018** | **$278.51** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.2. | **Lakeville Fire<br>9465 185th Street<br>Lakeville, MN 55044** | **AHoles Bean Bag Toss Game Wood Gran Finish w/LED Lights** | **3-1-2018** | **$299.99** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.3. | **Donna Davis<br>11770 Highway 98<br>Stephens, AR 71764** | **Planter Box 18X34X19 - Safe Finish** | **9-5-2018** | **$241.99** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.4. | **See Below** | **The Debtor contributes Bean Bag Toss Games and Mulch to charitable causes, Fire Departments, Etc.  The Debtor can provide information upon request. Charitable contributions would be less than $2,000 in total per year.** | | **$0.00** |
| | Recipients relationship to debtor<br>**None** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Rivard Companies, Inc**                          Case number *(if known)*  **18-43603**

---

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Pick Up Truck - Colision with a deer** | **Remibursement from Insurance Company was $11,000.00** | **2018** | **$11,000.00** |
| **Failure of a Grinder** | **$50,000.00 - reimbursement from insurance company** | **2018** | **$50,000.00** |

---

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Steven B. Nosek, P.A.**<br>**Attorney at Law**<br>**2855 Anthony Lane S, #201**<br>**St. Anthony, MN 55418** | **Attorney Fees** | **November 9, 2018** | **$12,000.00** |
| | Email or website address<br>**snosek@noseklawfirm.com** | | | |
| | Who made the payment, if not debtor?<br>**The $12,000.00 I received from the Debtor was a Retainer.** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | **Rivard Companies, Inc** | Case number *(if known)*    **18-43603** |
|---|---|---|

---

**Part 7:**    **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Rivard Companies, Inc** | Case number *(if known)* | **18-43603** |

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Rivard Companies, Inc**                                          Case number *(if known)*   **18-43603**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Central Wood Products**<br>**19801 Hwy 65 NE**<br>**East Bethel, MN 55011** | | **EIN:**<br><br>**From-To** |
| 25.2.   **Rivard Contracting**<br>**19801 Highway 65 NE**<br>**East Bethel, MN 55011** | | **EIN:**<br><br>**From-To** |
| 25.3.   **Gronomics**<br>**19801 Highway 65 NE**<br>**East Bethel, MN 55011** | | **EIN:**<br><br>**From-To** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Thoresen Diaby Helle Condon & Dodge**<br>**Stephen D. Helle CPA**<br>**600 Hwy 169 S #1960**<br>**St. Louis Park, MN 55426** | **Various Dates** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.   **Rivard Companies, Inc.**<br>**19801 Highway 65 NE**<br>**East Bethel, MN 55011** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Fox Capital Group**<br>**17640 Bentley Drive**<br>**Morgan Hill, CA 95037** |
| 26d.2.   **Itria Ventures, LLC/High Crest**<br>**462 7th Avenue, 20th Floor**<br>**New York, NY 10018** |
| 26d.3.   **LG Funding, LLC**<br>**Attn:  Rivi Andruiser**<br>**1218 Union Street, Suite 2**<br>**Brooklyn, NY 11225** |

Debtor    **Rivard Companies, Inc**                                        Case number *(if known)*  **18-43603**

| Name and address |
|---|
| 26d.4.  **Queen Funding, LLC**<br>**101 Chase Avenue, Suite 208**<br>**Lakewood, NJ 08701** |
| 26d.5.  **Samson Horus**<br>**90 John Street**<br>**New York, NY 10038** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☐  No
    ■  Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Mike Rivard** | **11-5-2018** | **Mike Rivard inventories the mulch on a monthly basis** |
| | Name and address of the person who has possession of inventory records | | |
| | **Rivard Companies, Inc.**<br>**19801 Highway 65 NE**<br>**East Bethel, MN 55011** | | |
| 27.2. | **Mike Rivard** | **Monthly** | **The Staff inventories the Gronomics and AHole products** |
| | Name and address of the person who has possession of inventory records | | |
| | **Rivard Companies, Inc.**<br>**19801 Highway 65 NE**<br>**East Bethel, MN 55011** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Rivard** | **21560 Cedar Drive**<br>**Cedar, MN 55011** | **Owner** | **49%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lisa Rivard** | **21560 Cedar Drive**<br>**Cedar, MN 55011** | **Owner** | **51%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■  No
    ☐  Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   **Rivard Companies, Inc**                                    Case number *(if known)*   **18-43603**

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Refer to #4 above** | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December 10, 2018**

**/s/ Michael Rivard**                                    **Michael Rivard**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

LOCAL FORM  1007-1
REVISED  06/16

# United States Bankruptcy Court
## District of Minnesota

In re    **Rivard Companies, Inc**                                                        Case No.   **18-43603**
_____
Debtor(s)                Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal Services, I have agreed to accept    ............................. $   **12,000.00**
Prior to the filing of this statement I have received   .............. $   **12,000.00**
Balance Due   ......................................................................... $   **0.00**

2.    The source of the compensation paid to me was:
      ☐   Debtor                        ■   Other (specify)   **Prior to filing the Chpt. 11, I billed the Debtor from 11/6/18 to 11/15/18 for pre-bankruptcy fees in the amount of $1,500 and for costs in the amount of $2,167.50 which included the filing fee.  This was taken from the $12,000 retainer.**

3.    The source of the compensation to be paid to me is:
      ☐   Debtor                        ■   Other (specify)   **I will be charging the Debtor $300.00 per hour**

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

      A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

      B. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

      C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

      D. Representation of the debtor in contested bankruptcy matters; and

      E. Other services reasonably necessary to represent the debtor(s).

6.    Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

LOCAL FORM 1007-1
REVISED 06/16

## CERTIFICATION

I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: **December 10, 2018**

Signature of Attorney
**/s/ Steven B. Nosek**

**Steven B. Nosek 79960**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## United States Bankruptcy Court
### District of Minnesota

| | | | | |
|---|---|---|---|---|
| In re | **Rivard Companies, Inc** | | Case No. | **18-43603** |
| | | Debtor(s) | Chapter | **11** |

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lisa Rivard**<br>**21560 Cedar Drive**<br>**Cedar, MN 55011** | | **51%** | **Owner/Shareholder** |
| **Michael Rivard**<br>**21560 Cedar Drive**<br>**Cedar, MN 55011** | | **49%** | **Owner/Shareholder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

| | | | |
|---|---|---|---|
| Date | **December 10, 2018** | Signature | **/s/ Michael Rivard** |
| | | | **Michael Rivard** |

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Minnesota

In re  **Rivard Companies, Inc**

Debtor(s)

Case No.  **18-43603**

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 10, 2018**

**/s/ Michael Rivard**

**Michael Rivard**/**Chief Executive Officer**
Signer/Title